UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

LATASHA A. HALL
                                              : Bankruptcy No. 14-18966SR
         Debtor(s)                            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.    8-30-2017

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHRISTOPHER BOKAS ESQ
20 WEST THIRD STREET
MEDIA PA 19063-

LATASHA A. HALL
66 NORTH SYCAMORE AVENUE
CLIFTON HEIGHTS, PA. 19018-1401