United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-18966-jkf |
| Latasha A. Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: 235 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Latasha A. Hall, 66 North Sycamore Avenue, Clifton Heights, PA 19018-1401 |
| | + | LaTasha A. Hall, 357 E. Springfield Rd., Springfield, PA 19064-3249 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 25, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER BOKAS | |
| | on behalf of Debtor Latasha A. Hall ChristopherBokas@gmail.com  paralegaledp@yahoo.com |
| JOSHUA I. GOLDMAN | |
| | on behalf of Creditor US BANK NATIONAL ASSOCIATION  Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| LEON P. HALLER | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| LEON P. HALLER | |
| | on behalf of Creditor US BANK NATIONAL ASSOCIATION  Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: 235 | Total Noticed: 2 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor US BANK NATIONAL ASSOCIATION  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 235* (3/23)–doc 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Latasha A. Hall )    Case No. 14−18966−jkf
 )
 )
    Debtor(s). )    Chapter: 13
 )
 )

### Notice to debtor(s) in re: credit reporting

    In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

    The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

    For more information, please visit the following webpage:
    (https://www.paeb.uscourts.gov/credit−reporting−and−court−records)

Date: May 23, 2023

For The Court

Timothy B. McGrath
Clerk of Court